UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Complaint of STAR & CRESCENT BOAT COMPANY, INC., as owner of the Motor Vessel M/V PATRIOT, U.S. Coast Guard Official No. 1246882, and her engines, equipment, tackle, apparel, appurtenances, etc., for Exoneration from or Limitation of Liability. | Case No.: 21-CV-169 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION DISMISSING CLAIMANT SPURR'S CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>(ECF No. 68) |
| STAR & CRESCENT BOAT COMPANY, INC. dba FLAGSHIP CRUISES & EVENTS,<br>                                    Plaintiff,<br>v.<br>SUNSPLASH MARINA LLC, a New Jersey Limited Liability Company; OCEANROCKETS, INC., a New Jersey Corporation; YANK MARINE INC., a New Jersey Corporation; H.O. BOSTROM COMPANY, INC., a Wisconsin Corporation; SEATBELTPLANET.COM, LLC, an Oklahoma Limited Liability Company; and DOES 1 through 10,<br>                                    Defendants. | |

Presently before the Court is the Joint Motion Dismissing Claimant Spurr's Claim Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Joint Mot.," ECF No. 68), filed by the sole remaining Parties to this action, Claimant Jade Spurr ("Spurr") and Plaintiff in Limitation/Plaintiff Star & Crescent Boat Company, Inc. dba Flagship Cruises & Events ("Plaintiff in Limitation"). The Parties indicate that they have "settled their subject dispute and entered into a formal settlement agreement and release," that Spurr has received the settlement funds, and that the underlying state court action has been dismissed, and accordingly they stipulate to the dismissal of Spurr's claims against Plaintiff in Limitation. *Id.* at 3. Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** Spurr's claims against Plaintiff in Limitation.

**IT IS SO ORDERED.**

Dated: November 2, 2022

Hon. Janis L. Sammartino
United States District Judge