UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Complaint of STAR & CRESCENT BOAT COMPANY, INC., as owner of the Motor Vessel M/V PATRIOT, U.S. Coast Guard Official No. 1246882, and her engines, equipment, tackle, apparel, appurtenances, etc., for Exoneration from or Limitation of Liability. | Case No.: 21-CV-169 JLS (JLB)<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION**<br><br>(ECF No. 69) |
| STAR & CRESCENT BOAT COMPANY, INC. dba FLAGSHIP CRUISES & EVENTS,<br><br>                              Plaintiff,<br><br>v.<br><br>SUNSPLASH MARINA LLC, a New Jersey Limited Liability Company; OCEANROCKETS, INC., a New Jersey Corporation; YANK MARINE INC., a New Jersey Corporation; H.O. BOSTROM COMPANY, INC., a Wisconsin Corporation; SEATBELTPLANET.COM, LLC, an Oklahoma Limited Liability Company; and DOES 1 through 10,<br><br>                              Defendants. | |

Presently before the Court is Plaintiff in Limitation Star & Crescent Boat Company, Inc.'s, as owner of the Motor Vessel M/V Patriot, U.S. Coast Guard Official No. 1246882, and her engines, equipment, tackle, apparel, appurtenances, etc. ("Plaintiff in Limitation"), Motion for Exoneration ("Mot.," ECF No. 69). No opposition to the Motion has been filed.

The Court finds this matter appropriate for determination on the papers without oral argument and accordingly **VACATES** the hearing presently scheduled for December 8, 2022, and takes the matter under submission pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: December 1, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge